## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ARKA LOGISTICS, INC., individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:13-CV-4776 |
| v. | ) ) ) | Judge: Honorable Sarah Ellis |
| PILOT CORPORATION, FJ MANAGEMENT, INC., CVC CAPITAL PARTNERS, PILOT TRAVEL CENTERS LLC, d/b/a PILOT FLYING J, JAMES A. "JIMMY" HASLAM, III MARK HAZELWOOD, MITCH STEENROD, SCOTT WOMBOLD, JOHN FREEMAN, and BRIAN MOSHER, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Arka Logistics, Inc., hereby gives notice of its voluntary dismissal of this action in its entirety as to all Defendants, with prejudice, with all parties to bear their own costs.

Dated: January 31, 2014

Respectfully submitted,

By: /s/ Sharon Harris

Ben Barnow
Sharon A. Harris
Erich P. Schork
BARNOW AND ASSOCIATES, P.C.
One N. LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
Email: b.barnow@barnowlaw.com
Email: s.harris@barnowlaw.com
Email: e.schork@barnowlaw.com

Shpetim Ademi
John D. Blythin
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001
Email: sademi@ademilaw.com
Email: jblythin@ademilaw.com

Richard L. Coffman
THE COFFMAN LAW FIRM
The First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

*Attorneys for Plaintiff Arka Logistics, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF filing system.


Dated: January 31, 2014         /s/ Sharon Harris